# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 18-31247** |
| **NANCY M. JOHNSON** | : | **CHAPTER 13** |
| **DEBTOR** | : | **AUGUST 13, 2018** |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND PLAN

The Debtor, Nancy M. Johnson (the "Debtor"), respectfully requests an extension of time through and including August 27, 2018 to file the schedules and plan in the above referenced matter. In support of this request, the Debtor represents the following:

1. The Debtor filed an emergency petition for relief under Chapter 13 of the U.S. Bankruptcy Code on July 30, 2018. On August 2, 2018, the court issued a deficiency notice (the "Deficiency Notice") listing certain schedules, materials, and plan and requiring all schedules, materials, and plan listed in the Deficiency Notice be filed on or before August 13, 2018.

2. The Debtor requires additional time to gather all the materials required for the schedules and to prepare the schedules and plan.

WHEREFORE, the Debtor respectfully requests an extension through and including August 27, 2018 to file the materials, schedules, and plan listed in the Deficiency Notice.

DEBTOR
NANCY M. JOHNSON

By /s/ R. Richard Croce
R. Richard Croce CT07834
438 Main Street, Suite 202
Middletown, CT 06457
(860) 316-5404
rich@rrc-llc.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 18-31247** |
| **NANCY M. JOHNSON** | : | **CHAPTER 13** |
| **DEBTOR** | : | **AUGUST 13, 2018** |

**ORDER**

The Court has considered the foregoing Motion for Extension of Time to File Schedules and Plan and finds sufficient cause to grant the Motion.

NOW THEREFORE, IT IS ORDERED:

That the Debtor shall have an extension of time through and including August 27, 2018 to file the materials, schedules, and plan listed in the Deficiency Notice.

By the Court

_____
Ann M. Nevins
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 18-31247** |
| **NANCY M. JOHNSON** | : | **CHAPTER 13** |
| **DEBTOR** | : | **AUGUST 13, 2018** |

### CERTIFICATION OF SERVICE

The undersigned counsel for the Debtor hereby certifies that on August 13, 2018 in accordance with Rules 7004, 7005, and 9014 F.R. Bankr. P., I have served the following upon all parties entitled to notice (see attached Schedule A):

1. a copy of the Motion for Extension of Time to File Schedules and Plan
2. a copy of the proposed Order

Dated: August 13, 2018

    DEBTOR
    NANCY M. JOHNSON

    By /s/ R. Richard Croce
    R. Richard Croce CT07834
    438 Main Street, Suite 202
    Middletown, CT 06457
    (860) 316-5404
    rich@rrc-llc.com

# Schedule A

**Roberta Napolitano**
rnapolitano@ch13rn.com,
courtalerts@ch13rn.com

**U. S. Trustee**
USTPRegion02.NH.ECF@USDOJ.GOV


Nancy M. Johnson
199 Foothills Rd
Durham, CT 06422